# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jean Alexis, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-1882 PAM/DTS |
| Sholom Shaller Family East Campus, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Motion to Dismiss (Docket No. 6) is **GRANTED** and the Complaint is **DISMISSED**.

Date: 11/17/2021                                                                KATE M. FOGARTY, CLERK